IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**ANTWAN ARMSTRONG**                                               **PETITIONER**

v.                             No. 2:06CV133-P-A

**MISSISSIPPI DEPARTMENT
OF CORRECTIONS, ET AL.**                **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** for failure to exhaust state remedies. In accordance with this holding, all motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 1st day of November, 2006.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE